UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re: Bed Bath & Beyond Inc.

Chapter: 11
Case Number: 23-13359 VFP
Civil Number: 23-cv-20787 MEF
Adversary Number: 
Bankruptcy Judge: PAPALIA

**TRANSMITTAL OF DOCUMENT(S) TO:**
☒ DISTRICT COURT    ☐ CIRCUIT COURT OF APPEALS

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal           ☐ Order being Appealed           ☐ Designation of Record on Appeal
☐ Statement of Issues        ☐ Transcript                    ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference
☒ Other  Appellee Designation

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on  9/29/23                     . The parties to the appeal are:

Appellant(s): Neelay Das Gabriel Rostom
Attorney: Pro See - neelay.bbby.njb@email.com
Address: 4682 Chabbot Dr., 63 Rue de la Folie
Pleasanton, CA Paris, France

Appellee(s): Bed Bath & Beyond Inc., et al
Attorney: Kirkland & Ellis LLP
Address: 601 Lexington Ave.
New York, NY 10022

Title of Order Appealed: _____
Date Entered On Docket: _____

☒ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number:  23-cv-20787 (MEF)
Judge assigned: Michael E. Farbiarz
By: Leroy Dunbar
Date: 12/27/2023

*rev. 8/28/17*