UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In re:

Bed Bath & Beyond Inc.,

      Debtor.

Civil Action No. 23-
20787 (MEF)

**ORDER**

Neelay Das, et al,

      Appellants,

v.

Bed Bath & Beyond Inc., et
al,

      Appellee.

The Court issued two orders calling for the Appellants' views on
the undersigned continuing on this case.  The second order
informed the Appellants that if they did not file a letter by
April 5, the Court would assume there was no objection.

To date, nothing has been filed by the Appellants.

The Court has independently reviewed the potential basis for
recusal in this matter, and sees no basis for it.  The Appellee
indicated it also does not believe there is a basis for recusal
from this matter.  See January 31 Letter (Docket Entry 13).

As such, the undersigned will continue on this case.

The Clerk of the Court shall provide the Appellants with a copy
of this order by regular mail.

IT IS on this 10th day of April, 2024, so **ORDERED**.

_____

Michael E. Farbiarz, U.S.D.J.