UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Bed Bath & Beyond Inc.,<br><br>　　　　Debtor.<br><br>---<br><br>Neelay Das, et al,<br><br>　　　　Appellants,<br><br>v.<br><br>Bed Bath & Beyond Inc., et al,<br><br>　　　　Appellee. | Civil Action No. 23-20787 (MEF)<br><br>**ORDER** |

The Appellants were required to file their brief by January 25. See Federal Rule of Bankruptcy Procedure 8018. To date, no brief has been filed.

The Appellants must file a brief, or seek an extension of time to do so, on or before May 1. If the Appellants fail to do so, this matter will be dismissed.

The Clerk of the Court shall provide the Appellants with a copy of this order by regular mail.

IT IS on this 10th day of April, 2024, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.